IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN J. EVANITUS,<br><br>**Plaintiff**<br><br>v.<br><br>KILOLO KIJAKAZI,<br>**Acting Commissioner of Social Security,**[1]<br><br>**Defendant** | Civil No. 1:20-CV-1187<br><br><br>(Magistrate Judge Carlson) |

## ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the plaintiff's request for a new administrative hearing before a different constitutionally appointed ALJ is GRANTED, the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this 23d day of November 2021.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge